IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM SPRUILL,           )
                           )
        Plaintiff,          )
                           )
   v.                       )         1:13-CV-1
                           )
CO LUTE, ET AL.,            )
                           )
        Defendants.         )

## ORDER and JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on January 23, 2013, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

It is therefore **ORDERED AND ADJUDGED** that this action is filed, but dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint which corrects the defects cited in the Magistrate Judge's Recommendation.

This the 15th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE